PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Abilene__ DIVISION

__Damarcus Kelvin Johnson #02413988__
Plaintiff's Name and ID Number

__MTC Lindsey Unit__
Place of Confinement

CASE NO. __1-23CV-0033H__
(Clerk will assign the number)

v.

__Bryan Collier   P.O. Box 99  Huntsville, Texas 77342__
Defendant's Name and Address

__Texas Department of Criminal Justice (John Middleton Unit)__
__13055 FM 3522__
__Abilene, Texas 79601__
Defendant's Name and Address

__Warden Chimdi Akwitti   13055 FM 3522__
__Abilene, Texas 79601__
Defendant's Name and Address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: N/A

        2. Parties to previous lawsuit:

            Plaintiff(s) N/A

            Defendant(s) N/A

        3. Court: (If federal, name the district; if state, name the county.) N/A

        4. Cause number: N/A

        5. Name of judge to whom case was assigned: N/A

        6. Disposition: (Was the case dismissed, appealed, still pending?) N/A

        7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: MTC LINDSEY UNIT

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

I'm still waiting on my Grievances. It's been almost 3 months.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Damarcus KELVIN JOHNSON
MTC LINDSEY UNIT   1620 FM 3344
Jacksboro, TX 76458

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Bryan Collier   P.O. BOX 99 Huntsville, Texas 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
BRYAN Collier is the Director of the Texas Department of Criminal Justice, He is legally responsible for the overall operation of the Department and each institution under its Jurisdiction, including The John Middleton Unit.

Defendant #2: Texas Department Of Criminal Justice (JOHN MIDDLETON) UNIT
13055 FM 3522 ABILENE, TX 79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
The Texas DEPARTMENT OF Criminal Justice (JOHN Middleton UNIT) is where this unconstitutional violation occured.

Defendant #3: WARDEN CHIMDI AKWITTI   13055 FM 3522
Abilene, TX 79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
WARDEN Chimdi AKwitti is the Superintendent / WARDEN OF The JOHN MIDDLETON UNIT. He is legally responsible for the operation and is legally entitled and Responsible for any illegal or unconstitutional acts that occur to his inmates.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(See Attachment A)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For violating my constitutional rights as an American Citizen, I am seeking $45,000.00 against each defendent.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Damarcus Kelvin JOHNSON

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ # 02413988

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied?    ___YES  ✓NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date warning was issued: N/A

Executed on: 1-25-23
            DATE

                                                    Damascus Johnson
                                                    (Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   25th   day of   January  , 20 23 .
             (Day)            (month)       (year)

                                                    Damascus Johnson
                                                    (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Attachment A.                                10-12-2022

(Statement of Claim) : Gym Floor placement 148

Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under the color of State law.
It is not hard to decipher right from wrong or to decipher what is just and unjust. Living with rats is unacceptable, being treated as cattle is unacceptable. My rights as an American citizen do not disappear because of my incarceration.
The John Middleton unit violated my rights repeatedly by making me and 200 or so inmates sleep on the floor in the gymnasium. Which was completely unconstitutional and a clear violation to the eighth amendment which states there is a prohibition to cruel and unusual punishment. As well as other sanitation violations. The gymnasium and our "Chow Hall" was completely infested with rats. Not to mention the entire unit. I have written step 1's (grievances) pertaining to these issues including the overcrowding ratio to only two toilets and two sinks that constantly leaked. Our warden never made any changes to these issues and I feel wronged. At this time I am seeking correction and compensation. At all times all three defendants were aware of the unconstitutional gym placement and unreasonable sanitation violations.

X Damarcus Johnson



Damereus Johnson #02413988
Lindsey State Jail 1620 Fm 3344
Jacksboro TX 76458

Office of the clerK
IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
Abilene DIVISION
P.O. BOX 1218
Abilene, TX 79604

RECEIVED
FEB 17 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT

—LEGAL—

LEGAL MAIL
TO
THE UNITED STATES DISTRICT COURTHOUSE