IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| DAMARCUS KELVIN JOHNSON, <br> Institutional ID No. 02413988 <br><br> Plaintiff, <br><br> v. <br><br> BRYAN COLLIER, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 1:23-CV-00033-BU |

**JUDGMENT**

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Damarcus Kelvin Johnson's Complaint, and all claims alleged therein, are DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order and failure to prosecute.

ENTERED this 22nd day of May 2024.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE